### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 20-8920 MWF (RAOx)** | Date: May 25, 2021 |
| Title **Erica Henderson v. Jovita Carranza** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE**

Plaintiff's Application for Entry of Default against Defendant Jovita Carranza was filed on February 26, 2021. (Docket No. 17). On March 12, 2021, the Court issued a Notice of Deficiency re: Application for Clerk to Enter Default on the basis that the Proof of Service re: Application for Entry of Default was lacking required information. (Docket No. 20).

On March 30, 2021, Plaintiff filed a second Proof of Service re: Petition for Writ of Mandamus. (Docket No. 21). On May 3, 2021, the Court noted that Plaintiff had not filed a renewed Application for Entry of Default and ordered Plaintiff to show cause for why this action should not be dismissed for lack of prosecution. (Docket No. 22). On May 10, 2021, Plaintiff filed a second Application for Entry of Default. (Docket No. 23).

On May 14, 2021, the Court issued another Notice of Deficiency re: Application for Clerk to Enter Default on the basis that Plaintiff's second Proof of Service was still deficient. (Docket No. 24). On May 20, 2021, Plaintiff filed a third Proof of Service. (Docket No. 26).

CIVIL MINUTES – GENERAL

Case No.  **CV 20-8920 MWF (RAOx)**  Date: May 25, 2021

Title  **Erica Henderson v. Jovita Carranza**

The Court **ORDERS** Plaintiff to show cause why this action should not be dismissed for lack of prosecution. In response to this Order to Show Cause, the Court will accept the following no later than **June 7, 2021**.

- BY PLAINTIFF: APPLICATION for Entry of Default against Defendant Jovita Carranza.

Failure to respond to the Order to Show Cause will result in the dismissal of this action. The action will be dismissed if the forthcoming Application for Entry of Default is not **RECEIVED** by **JUNE 7, 2021** or in any way remains deficient.

No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15. The Order will stand submitted upon the filing of the response to the Order to Show Cause.

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm